# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:08mj30

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JOHN DOE, a/k/a ) | |
| DOMINGO LECO URBINA. ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned magistrate judge upon the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#8) is **ALLOWED,** and the above captioned action is **DISMISSED without prejudice.**

Signed: August 19, 2008

_____
Dennis L. Howell
United States Magistrate Judge